AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

Chefik Simo

    vs.

Mitsubishi Motors, North America, Inc.,
f/k/a Mitsubishi Motor Sales of America,
Inc.; and Mitsubishi Motors Corp.

**JUDGMENT IN A CIVIL CASE**

Case Number: 7:04cv22302-HMH

**[X]     Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict, and the Court has GRANTED the Defendants' motion for setoff.

    **IT IS ORDERED AND ADJUDGED** that the plaintiff, Chefik Simo, shall recover of the defendant, Mitsubishi Motors, North America, Inc., f/k/a Mitsubishi Motor Sales of America, Inc. and Mitsubishi Motors Corp., the sum of Six Million, Fifty Thousand and 00/100 dollars ($6,050,000.00) with interest thereon at the rate of 4.85% as provided by law, and his costs of action.

LARRY W. PROPES, Clerk

_____
By: Deputy Clerk

April 11, 2006